STATE of Missouri, Respondent,

v.

Rodney PARKER, Appellant.

No. 65777.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 7, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Rodney Parker ("Defendant") was convicted by a jury of first degree assault, § 565.050 RSMo 1986, and armed criminal action, § 571.015 RSMo 1986. Defendant was sentenced to consecutive terms of ten years and three years, respectively. In his appeal, Defendant contends that the trial court erred in sustaining the prosecution's hearsay objection to testimony offered by two witnesses for the defense. We disagree. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).

Thomas Glen MORGAN,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 64304, 64313.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 7, 1995.

Gary Brotherton, Office of the State Public Defender, Columbia, Matthew J. O'Connor, St. Joseph, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).